THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK AMBROSIO, Appellant, v. JOSEPH H. BROPHY, as Warden of Auburn State Prison, Respondent.

Submitted June 3, 1938; decided July 7, 1938.

*Frank Ambrosio*, appellant, in person.

*John J. Bennett, Jr., Attorney-General (Edward T. Boyle, Everett D. Mereness* and *Patrick H. Clune* of counsel), for respondent.

Order affirmed, without costs. The validity of the commitment cannot be tested by habeas corpus proceedings. No opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.